IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>TRADE SERVICE COMPANY, LLC,<br><br>                    Defendant. | CIVIL ACTION NO.: |

## COMPLAINT AND JURY DEMAND

Plaintiff Photographic Illustrators Corporation ("PIC" or "Plaintiff") brings this civil

action against Trade Service Company, LLC ("Trade Service" or "Defendant").

## THE PARTIES

1.      PIC is a Massachusetts corporation with a place of business at 467 Sagamore

Street, Hamilton, Massachusetts 01936.

2.      On information and belief, Defendant Trade Service is a California corporation

having an address at 13280 Evening Creek Drive South, Ste. 200, San Diego, CA 92128.

## JURISDICTION AND VENUE

3.      This is a civil action for injunctive relief and damages for violation of the

copyright laws of the United States, 17 U.S.C. §§ 101, et seq.; the Digital Millennium Copyright

Act, 17 U.S.C. §§ 1201, et seq.; and for unfair and deceptive trade practices in violation of Mass.

Gen. L. ch. 93A.  Jurisdiction over the state law claim is proper under 28 U.S.C. § 1367.

4.      The amount in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, and 1338.

5.      Trade Service does business in Massachusetts.

6.      Trade Service operates a website (www.tradeservice.com).

7.      Trade Service website is accessible from Massachusetts.

8.      Through its website, Trade Service advertises, sells, and offers for sale its "subscription data service" (*See* Exhibit A) to online visitors, including online visitors located in Massachusetts, and invites visitors to its website to create online accounts.

9.      Trade Service does not exclude Massachusetts consumers from visiting, interacting with, or making purchases through its website.

10.      Trade Service provides its services to Massachusetts companies.

11.      This Court has personal jurisdiction over Trade Service because Trade Service: has transacted business in Massachusetts; has contracted to supply services in Massachusetts; and has injured PIC in Massachusetts by reproducing and distributing PIC's copyrighted images on Trade Service's website (which can be accessed in Massachusetts) to advertise and sell products.

12.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391.

## PIC'S COPYRIGHTED IMAGES

13.      PIC specializes in photography, including photography of consumer products for catalogs, advertising, and product packaging.

14.      Over a span of years dating back to the 1960s, various companies, including Osram Sylvania, Inc. ("Sylvania"), have retained PIC to photograph certain of their products.

15.     PIC authored the 247 photographic images referenced in this Complaint (the "PIC Images") (attached as Exhibit B).

16.     Each of the PIC Images is a photograph that PIC created of a Sylvania product.

17.     PIC retains ownership of all right, title, and interest in the copyrights for the PIC Images.

18.     All of the PIC Images were made the subject of applications which matured into United States Copyright Registration Certificate Nos. VA 1-321-513; VA 1-325-168; VA 1-325-169; VA 1-359-243; VA 1-359-244; VA 1-867-245; VA 1-880-539; VA 1-884-805; VA 1-884-811; VA 1-902-485; VA 1-902-857; VA 1-916-021; VA 1-916-393; VA 1-916-400; VA 1-916-402; VA 1-916-404; VA 1-916-412; VA 1-916-415; VA 1-916-418; VA 1-916-428; VA 1-916-431; VA 1-916-443; VA 1-916-447; VA 1-916-448; VA 1-916-449; VA 1-916-450; VA 1-916-451; VA 1-916-453; VA 1-916-456; VA 1-917-063; VA 1-917-073; VA 1-917-076; VA 1-917-078; VA 1-917-079; VA 1-917-085; VA 1-917-090; VA 1-917-094; VA 1-917-096; VA 1-917-100; VA 1-917-105; VA 1-917-108; VA 1-945-512; VA 1-945-513; VA 1-945-517; VA 1-945-518; VA 1-945-519; VA 1-948-048; VA 1-948-057; VA 1-948-065; and VA 1-948-084 (attached as Exhibit C).

19.     Trade Service's infringement of the copyright in each PIC Image began after PIC's first publication of that PIC Image.

20.     Before publishing the PIC Images, PIC attaches, or includes therewith, the name of the author (Paul Kevin Picone), copyright owner (P.I. Corp.) and copyright notice (collectively, "PIC Copyright Management Information"), as shown in the examples below:







21.     PIC followed this practice when providing its images to Sylvania, including for the PIC Images.

22.     For example, PIC provided to Sylvania the PIC Image entitled "CF_Covered_Product_Array_.jpg" with PIC Copyright Management Information attached or included therewith, as shown below.  This PIC Image was registered with the Copyright Office on March 21, 2013 (Reg. No. VA 1-917-063).



**PIC Image**

CF_Covered_Product_Array_.jpg

23.     Sylvania at least sometimes uses PIC Copyright Management Information on images authored by PIC, as shown in Exhibit D.

24.     For example, the same PIC Image as shown in paragraph 22 appears with the PIC Copyright Management Information on a webpage of Sylvania's website captured below.

**Sylvania's Copy of PIC Image with the PIC Copyright Management Information**



25.    When Sylvania provides copies of images authored by PIC to its distributors, it at least sometimes does so with PIC Copyright Management Information attached or included therewith, as demonstrated by the presence of PIC Copyright Management Information on or associated with images used by those distributors in Exhibit E.

### TRADE SERVICE'S UNAUTHORIZED ALTERATION AND USE OF PIC IMAGES

26.    Trade Service is a "subscription data service."  (*See* Exhibit A).

27.    On information and belief, Trade Service provides, provides access to, and/or makes available product images as part of its "subscription data service."

28.    On information and belief, Trade Service provides, provides access to, and/or makes available product images in exchange for valuable consideration such as a fee.

29.     Trade Service provides, provides access to, and/or makes available at least 247 PIC Images (the "Accused Images").

30.     On information and belief, Trade Service provides, provides access to, and/or makes available the Accused Images in exchange for valuable consideration such as a fee.

31.     Trade Service possesses copies of images authored by PIC, including at least some of the PIC Images, with PIC Copyright Management Information attached, as shown in Exhibit F.

32.     For example, in the table below, the same PIC Image as shown in paragraph 22 is shown on the top left.  The image on the top right, which includes the PIC Copyright Management Information, appears on a webpage of Trade Service's website pictured in the second row.

| PIC Image | Trade Service's Copy of PIC Image with Copyright Management Information |
|---|---|
|  CF_Covered_Product_Array_.jpg |  |

https://images.tradeservice.com/FN0C1M1D6CHAS9O2/ATTACHMENTS/DIR100069/OOSRAME03790_1-4.pdf



33.     On information and belief, Trade Service provides at least some of the Accused Images to its customers without the PIC Copyright Management Information.

34.     Trade Service customers use copies of the Accused Images without the PIC Copyright Management Information.

35.     For example, the Stuart C. Irby Company ("Irby") is a Trade Service customer and uses the Accused Images without the PIC Copyright Management Information.  In the table below, the same PIC Image as shown in paragraph 22 is shown on the top left.  The image on the top right, without the PIC Copyright Management Information, appears on a webpage of Irby's website pictured in the second row.

| PIC Image | Accused Image without PIC Copyright Management Information |
|---|---|
|   CF_Covered_Product_Array_.jpg |  |



https://www.irby.com/webapp/wcs/stores/servlet/Product2_15401_14401_263398_-1_____ProductDisplayErrorView

36.     Thus, even though PIC provides PIC Images to Sylvania with the PIC Copyright Management Information, and even though Sylvania at least sometimes uses PIC Images with the PIC Copyright Management Information, and even though Trade Service possesses PIC Images with the PIC Copyright Management Information, Trade Service customers use the PIC Images without the PIC Copyright Management Information.

37.     On information and belief, Trade Service removed PIC Copyright Management Information from at least some of the PIC Images.

38.     Trade Service provides Accused Images which include false Trade Service copyright management information (i.e., the "Trade Service" watermark) superimposed on the Accused Images.

39.     As shown in the following table, the false Trade Service copyright management information appears on Irby's copy of the Accused Image shown in paragraph 22 above.

| PIC Image | Infringing Copy with False Trade Service Copyright Management Information |
|---|---|
|  CF_Covered_Product_Array_.jpg | The Trade Service watermark is shown below, enlarged and with the brightness and contrast of the image increased to improve the visibility of the watermark when printed on paper.  |

40.     On information and belief, false Trade Service copyright management information likewise appears on every Accused Image.

41.     On information and belief, Trade Service otherwise altered copies of the PIC Images to create the Accused Images.  The PIC Images were altered using image editing software, such as "Adobe Photoshop."  PIC's unique orientation of the products, the location of the shadows and reflections, and the pattern of the background are visible in multiple Accused Images despite Trade Service's removal of other products from the PIC Images or other attempts

to change the PIC Images.  Vestiges of these unique elements in the PIC Images are visible in multiple Accused Images, despite unsuccessful attempts by Trade Service to remove them.

42.     Trade Service provides unauthorized copies of the PIC Images (the Accused Images) to its customers to advertise products of companies other than Sylvania.

43.     For example, the Facility Solutions Group, Inc. ("FSGI") is a Trade Service customer.  In the table below, the PIC Image on the top left was registered with the Copyright Office on June 21, 2013 (Reg. No. VA 1-917-094).  The image on the top right is used to advertise a non-Sylvania (i.e., Litetronics) product on the webpage of FSGI's website pictured in the second row.  The image on the top right also lacks PIC Copyright Management Information and includes false Trade Service copyright management information.

| PIC Image | Infringing Copy Advertising Non-Sylvania Product |
|---|---|



CF9EL_deco_cand copy.tif

| Our Item#: | L3058 |
|---|---|
| Manufacturer Name: | Litetronics |
| Manufacturer Part#: | 0 |
| Description: | L-14527G25 LitetronicsG25 14W CFL 2700K Med |
| Brand: | Litetronics |
| Units Per Case: | 24 |
| Unit Price: | 14.76 |

44.     PIC did not provide any PIC Images to Trade Service.

45.     PIC did not provide the Accused Images to Trade Service.

46.     On information and belief, Sylvania did not provide any PIC Images to Trade Service.

47.     On information and belief, Sylvania did not provide the Accused Images to Trade Service.

48.     PIC never authorized Trade Service to use the Accused Images.

49.     On information and belief, Sylvania never authorized Trade Service to use the Accused Images.

50.     Sylvania never authorized Trade Service to provide Accused Images to advertise products of companies other than Sylvania.

51.     Sylvania never authorized Trade Service to use or provide for use of Accused Images without the PIC Copyright Management Information.

52.     Sylvania never authorized Trade Service to use or provide for use of Accused Images with false copyright management information superimposed on the Accused Images.

53.     Sylvania never authorized Trade Service to provide the Accused Images in exchange for valuable consideration such as a fee.

54.     Trade Service has copied, distributed, and/or used—and continues to copy, distribute, and/or use—the Accused Images as part of its subscription data service.

55.     Trade Service has never been, and is not currently, licensed or otherwise authorized by PIC to copy, distribute, and/or use the Accused Images.

56.     Trade Service has never been, and is not currently, licensed by Sylvania to copy, distribute, and/or use the Accused Images, let alone to do so in exchange for valuable

consideration such as a fee, to do so without the PIC Copyright Management Information, to do so with false copyright management information attached, or to advertise non-Sylvania products.

## DAMAGE TO PIC'S BUSINESS AND REPUTATION

57.     PIC's photography services and images enjoy an excellent reputation and have gained great value and recognition in the marketplace.

58.     For over three decades PIC has done business under the PIC name and has used the name of PIC's President, Paul Kevin Picone, in connection with PIC's services.  Through PIC's longstanding practice of attaching to each published PIC Image, or including therewith, the names "P.I. Corp." and "Paul Kevin Picone," consumers have come to associate these names with high-quality photography.  PIC thus has common law trademark rights in the P.I. CORP. and PAUL KEVIN PICONE marks ("PIC Marks").

59.     PIC relies on the PIC Marks and Copyright Management Information that it attaches to each of its images, or includes therewith, as its primary mode of advertising. Potential customers seek out and contact PIC using this information.

60.     PIC is not affiliated with Trade Service and has not approved any of Trade Service use of or alterations to PIC Images.

61.     By removing the PIC Marks and Copyright Management Information from the PIC Images, Trade Service has removed PIC's primary advertisement vector, thereby depriving PIC of business opportunities.

62.     By replacing the PIC Marks and Copyright Management Information on the PIC Images with false Trade Service copyright management information, Trade Service has created a likelihood that consumers will mistakenly believe that Trade Service created the PIC Images. Trade Service's doctoring of the PIC Images misleadingly represents to the world that Trade

Service – and not PIC – is the author, source, and copyright owner of the PIC Images displayed on Trade Service's and others' websites.

63.     Trade Service, by its misdeeds, has created a likelihood that potential PIC customers will erroneously believe Trade Service to be the source and owner of the PIC Images. Trade Service's misrepresentation and the resulting likelihood of consumer confusion have damaged PIC.

## COUNT I
### (Copyright Infringement, 17 U.S.C. § 501)

64.     PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

65.     Trade Service has infringed PIC's copyrights in the PIC Images, in violation of 17 U.S.C. § 501, by copying, distributing, and/or using PIC Images without license or other authorization.

66.     Trade Service's infringement has been knowing and willful.

67.     Trade Service's infringement has damaged PIC in an amount to be proven at trial.

68.     Unless stopped by an injunction, Trade Service will continue infringing PIC's copyrights in its PIC Images and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

## COUNT II
### (Integrity of Copyright Management Information, 17 U.S.C. § 1202)

69.     PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

70.     On information and belief, Trade Service has knowingly and with intent to induce, enable, facilitate, or conceal infringement of the PIC Images, provided and/or distributed

false copyright management information in relation to its use of the PIC Images, in violation of 17 U.S.C. § 1202(a).

71.     On information and belief, Trade Service has intentionally removed or altered PIC Copyright Management Information for the PIC Images without PIC's authorization, and/or distributed copyright management information with knowledge that the PIC Copyright Management Information was removed or altered without PIC's authorization, in violation of 17 U.S.C. § 1202(b).

72.     On information and belief, Trade Service's violation of 17 U.S.C. § 1202 has been knowing and willful.

73.     Trade Service's violation of 17 U.S.C. § 1202 has damaged PIC in an amount to be proven at trial.

74.     Unless stopped by an injunction, Trade Service's behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

### COUNT III
**(Lanham Act Violations, 15 U.S.C. § 1125(a))**

75.     PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

76.     PIC possesses common law trademark rights in the PIC Marks.

77.     Trade Service has used the PIC Images in commerce in connection with its sale of Trade Service's goods and services.

78.     On information and belief, Trade Service stripped the PIC Marks and Copyright Management Information from the PIC Images.  Without PIC's authorization, Trade Service added false Trade Service copyright management information to PIC Images.

79.     Trade Service doctored PIC Images to give the misleading appearance that Trade Service is the creator and copyright owner of the PIC Images.  Consumers are thus likely to be deceived as to the true origin of the PIC Images.

80.     Customers who are familiar with PIC's decades of work for Sylvania and who recognize the Accused Images as PIC's are likely to mistakenly believe that Trade Service and PIC are in some way affiliated, connected, or associated as a result of Trade Service's misuse of the PIC Marks, Copyright Management Information, and Images.  Trade Service's misconduct is also likely to deceive such consumers by causing them to believe that PIC sponsors or approves of Trade Service's goods, services, or commercial activities.  Trade Service's misconduct violates 15 U.S.C. § 1125(a)(1)(A).

81.     Trade Service's unauthorized alteration and use of PIC Images, Marks, and Copyright Management Information occurs in commercial advertising or promotion, and misrepresents the nature, characteristics, qualities, or geographic origin of Trade Service's goods, services, or commercial activities, in violation of 15 U.S.C. § 1125(a)(1)(B).

82.     On information and belief, Trade Service's misuse of PIC Marks, Copyright Management Information, and Images and Trade Service's acts and/or omissions as described above were knowing and willful.

83.     Trade Service's violations of the Lanham Act have damaged PIC in an amount to be determined at trial.

84.     Unless stopped by an injunction, Trade Service's behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

## COUNT IV
### (Unfair And Deceptive Trade Practices, Mass. Gen. L. ch. 93A)

85.     PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

86.     Trade Service is, and at all relevant times has been, engaged in commerce.

87.     Trade Service's acts and/or omissions as described above (and the center of gravity of those acts and/or omissions) occurred primarily and substantially in Massachusetts.

88.     Trade Service's acts and/or omissions as described above constitute unfair and deceptive trade practices under Mass. Gen. L. Ch. 93A.

89.     Defendant's unfair and deceptive trade practices impact the public interest by causing consumer confusion.

90.     Trade Service's acts and/or omissions as described above were knowing and willful.

91.     Trade Service's unfair and deceptive trade practices damaged PIC in an amount to be determined at trial.

92.     Unless stopped by an injunction, Trade Service's behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

### RELIEF REQUESTED

WHEREFORE, PIC requests that this Court:

A.     Enter judgment that the Court has jurisdiction over the parties to and subject matter of this action.

B.     Enter judgment that Trade Service has infringed and continues to infringe PIC's copyrights in and to the PIC Images, pursuant to 17 U.S.C. § 501.

C.      Permanently enjoin Trade Service, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from further infringement of the copyrights in and to the PIC Images, pursuant to 17 U.S.C. § 502.

D.      Order the recall, impounding, and destruction of all infringing copies made, used or distributed by Trade Service in violation of PIC's exclusive rights in and to its PIC Images (and, in the case of electronic copies, order that all such copies be deleted from the computers or other storage means on which they reside), pursuant to 17 U.S.C. § 503.

E.      Direct Trade Service to pay to PIC its actual damages and any additional profits realized by Trade Service, pursuant to 17 U.S.C. § 504.

F.      Order that, in the alternative to actual copyright damages, at PIC's election, Trade Service shall pay PIC statutory damages pursuant to 17 U.S.C. § 504.

G.      Enter judgment that Trade Service has violated and continues to violate the Digital Millennium Copyright Act in relation to the PIC Images, pursuant to 17 U.S.C. § 1202.

H.      Permanently enjoin Trade Service, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from further violations of the Digital Millennium Copyright Act in relation to the PIC Images, pursuant to 17 U.S.C. § 1203(b)(1).

I.      Order the impounding of all devices or products in the custody or control of Trade Service that were involved in the violations of the Digital Millennium Copyright Act in relation to the PIC Images, pursuant to 17 U.S.C. § 1203(b)(2).

J.      Direct Trade Service to pay to PIC its actual damages and any additional profits realized by Trade Service, pursuant to 17 U.S.C. §§ 1203(b)(3), 1203(c)(1)(A), and 1203(c)(2).

K.      Order that, in the alternative to actual damages, at PIC's election, Trade Service shall pay PIC statutory damages pursuant to 17 U.S.C. §§ 1203(b)(3), 1203(c)(1)(B), and 1203(c)(3)(B).

L.      Enter judgment that PIC has common law trademark rights in the PIC Marks, and that Trade Service has violated and continues to violate 15 U.S.C. § 1125(a)(1)(A) and (B) by its alteration and use of PIC Images.

M.      Permanently enjoin Trade Service, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from further violations of the Lanham Act in relation to the PIC Images, pursuant to 15 U.S.C. § 1116.

N.      Direct Trade Service to pay to PIC any damages attributable to Trade Service's Lanham Act violations and shall account for all gains, profits, and advantages derived through those actions, but not less than a reasonable royalty, and pay such damages authorized by law, including 15 U.S.C. § 1117.

O.      Enter judgment that Trade Service has engaged and continues to engage in unfair and deceptive trade practices in violation of Mass. Gen. L. Ch. 93A.

P.      Direct Trade Service to pay to PIC its damages sustained as a result of Trade Service's unfair and deceptive trade practices.

Q.      Permanently enjoin Trade Service, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from committing further unfair and deceptive trade practices, pursuant to Mass. Gen. L. Ch. 93A.

R.      Enter judgment that Trade Service's copyright infringements and unfair and deceptive trade practices have been knowing and willful.

S.      Enter judgment that Trade Service's 17 U.S.C. § 1202(a) violations of the Digital Millennium Copyright Act have been knowing and with intent to induce, enable, facilitate, or conceal infringement.

T.      Enter judgment that Trade Service's 17 U.S.C. § 1202(b) violations of the Digital Millennium Copyright Act have been knowing and intentional.

U.      Order Trade Service to file and serve a report in writing, and under oath, setting forth the manner and form in which it has complied with the Court's order and injunction.

V.      Award PIC its legal fees and costs in prosecuting this action, pursuant to 17 U.S.C. §§ 505, 1203(b)(5); 15 U.S.C. § 1117; Mass. Gen. L. ch. 93A, or other applicable law.

W.      Award PIC treble damages pursuant to Mass. Gen. L. Ch. 93A or other applicable law.

X.      Award PIC such further relief as this Court may deem just and proper.

### <u>JURY DEMAND</u>

PIC hereby demands a trial by jury of all issues so triable.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

By its counsel,


Dated:  August 13, 2015                    */s/ Michael N. Rader*_____
                                           Michael N. Rader, BBO # 646990
                                           mrader@wolfgreenfield.com
                                           Turhan F. Sarwar, BBO # 686764
                                           tsarwar@wolfgreenfield.com
                                           Joshua J. Miller, BBO # 685101
                                           jmiller@wolfgreenfield.com
                                           WOLF, GREENFIELD & SACKS, P.C.
                                           600 Atlantic Ave.
                                           Boston, MA 02210
                                           Tel:  (617) 646-8000
                                           Fax: (617) 646-8646