UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              Civil Action
                              No: **15-cv-13154-WGY**

**PHOTOGRAPHIC ILLUSTRATORS CORP.**
Plaintiff

v.

**STUART C. IRBY COMPANY**
Defendant


ORDER CONSOLIDATING CASES

YOUNG, D.J.

    The following member cases were previously consolidated with 15-cv-13154-WGY for pretrial matters only and are hereby now consolidated with Lead Case no. 15-cv-13154-WGY for all proceedings including trial.

    1:15-cv-13156-RWZ
    1:15-cv-13157-ADB
    1:15-cv-13159-IT
    1:15-cv-13162-NMG
    1:15-cv-13163-FDS
    1:15-cv-13808-ADB
    1:15-cv-13201-FDS
    1:15-cv-13202-FDS

    ALL FURTHER PLEADINGS ARE TO BE FILED IN THE LEAD CASE 15cv13154-WGY.


                              By the Court,


                              /s/ Jennifer Gaudet
                              Deputy Clerk

September 14, 2016